# UNITED STATES DISTRICT COURT

Eastern _____ District of   Massachusetts _____

Raytheon Company

V.    **SUMMONS IN A CIVIL CASE**

National Union Fire Insurance
Company of Pittsburg, PA     CASE NUMBER:

TO: (Name and address of Defendant)     **03 CV 12300 RCL**

National Union Fire Ins. Co. of Pittsburgh, PA
c/o Division of Insurance
One South Station 5th floor
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William T. Hogan III & Elizabeth D. Killeen
Hogan Roache & Malone
66 Long Wharf
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK         DATE  11/18/03

(By) DEPUTY CLERK

NOVEMBER 20, 2003

# *QUICKSERV*
**ALLSTATE PROCESS SERVERS**

## RETURN OF SERVICE

*I this day summoned the within named* NAT'L UNION FIRE INS. CO. OF
PITTSBURGH, PA
C/O DIVISION OF INSURANCE

*to appear as within directed by delivering to* RENEE STUART, RECEPTIONIST,
11:50 AM

**X**   *in hand*

*No.*   1 SOUTH STATION, 5TH FLOOR
*in the* BOSTON         *District of said* SUFFOLK         *County an attested copy of the* SUMMONS AND COMPLAINT, WITH JURY DEMAND, CIVIL COVER SHEET, FILING CATEGORY FORM, AND CHECK FOR DIVISION OF INSURANCE FILING FEE

*Service and travel*      28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 10 *miles in the service of this process*

Process Server