UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC -9 P 4: 19

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RAYTHEON COMPANY,<br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA<br>Defendant. | CIVL ACTION NOS.<br>03CV12300RCL |

## ASSENTED-TO MOTION OF THE DEFENDANT, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, TO ENLARGE TIME TO RESPOND TO THE COMPLAINT OF THE PLAINTIFF, RAYTHEON COMPANY

The defendant, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), respectfully moves, **with the assent of the plaintiff**, to enlarge the time by which National Union must answer, object or otherwise respond to the plaintiff's Complaint for 21 days from December 10, 2003 up to and including December 31, 2003. Counsel for the plaintiff assented to this motion by telephone on December 8, 2003.

WHEREFORE, National Union requests that this Court allow this Assented-To Motion and enlarge the time to respond to the plaintiff's Complaint until December 31, 2003.

| The Defendant, | The Plaintiff, |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | RAYTHEON COMPANY, |
| By its Attorneys, | By its Attorneys, |
| /s/ E. Chodkowski | /s/ William Hogan / EC |
| James J. Duane, III, Esq.<br>B.B.O. # 136500<br>Eric M. Chodkowski, Esq.<br>B.B.O. # 648629<br>TAYLOR, DUANE, BARTON & GILMAN, LLP<br>111 Devonshire Street<br>Boston, MA 02109<br>(617) 654-8200 | William T. Hogan, III<br>B.B.O. # 237710<br>Elizabeth D. Killeen<br>B.B.O. # 645178<br>HOGAN, ROACHE & MALONE<br>66 Long Wharf<br>Boston, MA 02110<br>(617) 367-0330 |

### CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE

I, Eric M. Chodkowski, hereby certify that, prior to filing the within motion, I conferred with counsel for the plaintiff concerning said motion, who advised that they assent to said motion. I further certify that on this 9th day of December, 2003, I served a copy of the above motion by mailing same, postage prepaid to all counsel of record.

/s/ Eric M. Chodkowski
Eric M. Chodkowski

# TAYLOR DUANE BARTON & GILMAN, LLP

Attorneys at Law

ALLAN E. TAYLOR*
JAMES J. DUANE III*
JOHN J. BARTON**
PAMELA SLATER GILMAN*
EDWARD D. SHOULKIN*
JENNIFER ELLIS BURKE*
FRANCIS A. CONNOR III**
ROBERT C. SHINDELL**
CRAIG R. WAKSLER**
STEPHEN ADAMS*°
SHERI L. PIZZI**
ANDRIA COLETTA**
TAMARA J. SMITH*
ROBERT M. ELMER**^
JENNIFER LYNCH BUCKLEY**
CAROLE L. McLAUGHLIN**
ERIC M. CHODKOWSKI*
LAWRENCE T. GINGROW III**
TIMOTHY E. BRAY*◊
EDWARD COBURN**
ANDREW C. COULAM*
ANDREW R. WEINER*

* admitted in Massachusetts
♦ admitted in Rhode Island
° admitted in Connecticut
^ admitted in New York
◊ admitted in Maine

10 Dorrance Street, Suite 700
Providence, Rhode Island 02903
401/273-7171
Fax 401/273-2904

111 Devonshire Street
Boston, Massachusetts 02109
617/654-8200
Fax 617/482-5350
www.tdbgllp.com

Writer's E-mail Address
echodkowski@tdbgllp.com

FILED
IN CLERKS OFFICE
2003 DEC -9 P 4: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

December 9, 2003

**BY HAND DELIVERY**

Civil Clerk
United States District Court
  for the District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re:   Raytheon Company v. National Union Fire Insurance Company of Pittsburgh, PA
      United States District Court, District of Massachusetts, C.A. No. 03CV12300RCL

Dear Sir or Madam:

We are enclosing the following for filing in connection to the above-referenced case:

1. Assented-To Motion of the Defendant, National Union Fired Insurance Company of Pittsburgh, PA, to Enlarge Time to Respond to the Complaint of the Plaintiff, Raytheon Company.

Thank you for your attention to this matter.

Very truly yours,

Eric M. Chodkowski

EC/jms
Enclosure
cc:   William T. Hogan, III
      Elizabeth D. Killeen, Esq.