UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )    FILED
                                    )    IN CLERK'S OFFICE
RAYTHEON COMPANY,                   )
                                    )    2003 DEC 17  P 12: 25
        Plaintiff,                  )
                                    )    U.S. DISTRICT COURT
v.                                  )    DISTRICT OF MASS.
                                    )
                                    )    CIVIL ACTION NO.
                                    )    1:03-CV-12300-RCL
NATIONAL UNION FIRE INSURANCE       )
COMPANY OF PITTSBURGH, PA.,         )    FILING FEE PAID:
                                    )    RECEIPT #
        Defendant.                  )    AMOUNT $
                                    )    BY DPTY CLK
                                    )    DATE
```

### PLAINTIFF, RAYTHEON COMPANY'S, *ASSENTED TO* MOTION TO PERMIT EDMUND M. KNEISEL TO APPEAR PRO HAC VICE PURSUANT TO LR 83.53

NOW COMES the plaintiff, Raytheon Company by and through its attorneys, William T. Hogan III and Elizabeth D. Killeen, of Hogan, Roache & Malone in good standing of the Bars of the Commonwealth of Massachusetts and United States District Court for the District of Massachusetts, and moves for admission pro hac vice of Edmund M. Kneisel, Esq. of Kilpatrick Stockton LLP, Atlanta, Georgia, to appear in this action as co-counsel for the plaintiff, Raytheon Company, ("Raytheon") in accordance with Local Rule 83.5.3.

In support of this Motion, plaintiff asserts that:

1.   Attorney Kneisel is a member in good standing of the Georgia Bar, having been admitted in 1974. He has also been admitted to bars of United States District Courts for the Northern and Middle Districts of Georgia. He is also admitted to practice before the United States Court of Appeals for the First, Second, Fourth, Fifth, Sixth and Eleventh Circuits and before the United States Supreme Court.

2. Attorney Kneisel has been retained by Raytheon to represent it in this action and seeks to appear on its behalf in association with Attorneys Hogan and Killeen who are attorneys who are active members of the Bar of the State of Massachusetts and members of the Bar of this District.

3. Attorneys Hogan and Killeen will associate themselves with Attorney Kneisel and will appear at hearings and trial proceedings as directed by this Honorable Court.

4. A large percentage of the practice of Attorney Kneisel is in the area of complex civil litigation, including litigation regarding insurance-related issues.

5. Attorney Kneisel is familiar with the insurance program of Raytheon Company that is the subject to this litigation, and plaintiff, Raytheon, desires to have Attorney Kneisel represent it in the United States District Court for the District of Massachusetts in the above-captioned matter.

6. Attorney Kneisel is familiar with the Local Rules for the United States District Court, District of Massachusetts.

7. In further support of this Motion, the Affidavit of Edmund M. Kneisel is attached as Exhibit "1".

WHEREFORE, the plaintiff moves and respectfully requests that the Court admit Edmund M. Kneisel *pro hac vice* as counsel for the plaintiff, Raytheon Company, and grant such other relief as is just and proper.

| | |
|---|---|
| RAYTHEON COMPANY, | Assented to by:<br>NATIONAL UNION FIRE INSURANC<br>COMPANY OF PITTSBURG, PA |
| *(signature)*<br>William T. Hogan III (BBO No. 237710)<br>Elizabeth D. Killeen (BBO No. 645178)<br>Hogan Roache & Malone<br>66 Long Wharf<br>Boston, Massachusetts 02110<br>(617) 367-0330 | *(signature)*<br>James J. Duane III (BBO No. 136500)<br>Eric M. Chodkowski (BBO No. 648629)<br>Taylor Duane Barton & Gilman LLP<br>11 Devonshire Street<br>Boston, Massachusetts<br>(617) 654-8200 |

CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, Elizabeth D. Killeen, hereby certify that, prior to filing the above motion; I conferred with counsel for the defendant concerning said motion. Counsel for the defendant assented to said motion. I further certify that on this 17th day of December 2003, I served a copy of the above motion via first class U.S. mail postage prepaid to all counsel of record.

*(signature)*
Elizabeth D. Killeen

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYTHEON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:03-CV-12300-RCL |

## AFFIDAVIT OF EDMUND M. KNEISEL IN SUPPORT OF MOTION TO APPEAR AS PRO HAC VICE

I, Edmund M. Kneisel, being duly sworn, depose and state as follows:

1. I am a member in good standing of the Bar of the State of Georgia having been admitted in 1974, and of the United States District Courts for the Northern District of Georgia and Middle District of Georgia. I also am admitted to practice before the United States Court of Appeals for the First, Second, Fourth, Fifth, Sixth, and Eleventh Circuits and before the United States Supreme Court. I have not been subject to disciplinary proceedings in any jurisdiction. I have never had a grievance pending against me, nor have I ever been reprimanded, suspended, placed on inactive status, disbarred, or resigned from the practice of law.

2. I am a partner with the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309, 404-815-6500.

3. As a result of my long-standing attorney-client relationship with Raytheon Company, I have extensive background knowledge of its insurance program and of the issues involved in this litigation.

4. Because of my familiarity with its insurance program and the matters involved in this litigation, it is the desire of Plaintiff Raytheon Company that I participate as its their counsel of record in the above-captioned proceeding.

5. The firm of Hogan, Roache & Malone of Boston, Massachusetts will be actively associated with me in this litigation and will serve as co-counsel of record.

For the foregoing reasons, I respectfully request that the Court permit me to take part in this litigation as counsel of record for Plaintiff Raytheon Company, and that the Motion to Appear as Pro Hac Vice be granted.

_____
Edmund M. Kneisel, Esquire

Dated: December 12, 2003

Sworn to and subscribed before
me this 12th day of December, 2003.

_____
Notary

My Commission

[Notary Seal: DEBRA K. GREGORY, NOTARY, GEORGIA, MARCH 3, 2007, COBB COUNTY, PUBLIC]

2

ATLLIB01 1622279.1

# STATE BAR OF GEORGIA



Mr. Edmund M. Kneisel
Kilpatrick Stockton, LLP
1100 Peachtree St., Suite 2800
Atlanta, GA 30309-4530

**CURRENT STATUS:**   Active Member

**DATE OF ADMISSION TO PRACTICE:**   06/02/1974

**Attorney Bar Number**   425350

Today's Date:   November 24, 2003

Listed below are the disciplinary actions, if any, which have been taken against this member:

| Supreme Court Docket # | State Disciplinary Board Docket # | Disposition |
|---|---|---|
| NA | NA | |

The prerequisites for practicing law in the State of Georgia are as follows:

- Must be certified by the Office of Bar Admissions (either by exam or on motion)
- Sworn in to the Superior Court in Georgia
- Enrolled with the State Bar of Georgia which **is an arm of the Supreme Court of Georgia**

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subject of such confidential complaints.

This member is currently in "good standing" as that term is defined by State Bar Rule 1-204. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*
Brinda Lovvorn
Official Representative of State Bar of Georgia

HEADQUARTERS
104 Marietta Street ■ Suite 100
Atlanta, Georgia 30303 ■ (404) 527-8700
(800) 334-6865 ■ FAX (404) 527-8717

INTERNET ADDRESS
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794) ■ P.O. Box 1390
Tifton, Georgia 31793-1390 ■ (229) 387-0446
(800) 330-0446 ■ FAX (229) 382-7435

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYTHEON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:03-CV-12300-RCL |

## ORDER GRANTING PLAINTIFF'S APPLICATION FOR *PRO HAC VICE* ADMISSION OF EDMUND M. KNEISEL

THIS CAUSE came before the Court upon application of Edmund M. Kneisel of Kilpatrick Stockton LLP for *pro hac vice* admission as co-counsel for the plaintiff, Raytheon Company. The Court having considered the application, and otherwise being duly advised herein, it is hereby

ORDERED AND ADJUDGED as follows:

1.  The application of Edmund M. Kneisel for *pro hac vice* admission as co-counsel for Raytheon Company is hereby GRANTED.

DONE AND ORDERED this _____ day of _____ 200__

_____
Reginald C. Lindsay
Justice of United States District Court for the
District of Massachusetts