UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2003 DEC 18  P 4: 78
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RAYTHEON COMPANY,<br>    Plaintiff, | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  03CV12300RCL<br>) |
| v. | ) |
| NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA<br>    Defendant. | )<br>)<br>)<br>) |

## ASSENTED-TO MOTION OF THE DEFENDANT, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, TO ENLARGE TIME TO RESPOND TO RAYTHEON COMPANY'S MOTION FOR PRELIMINARY INJUNCTION

The defendant, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), respectfully moves, **with the assent of the plaintiff**, to enlarge the time by which National Union must file an opposition or otherwise respond to the plaintiff Raytheon Company's Motion for Preliminary Injunction for 14 days from December 22, 2003 up to and including January 6, 2004. Counsel for the plaintiff assented to this motion by telephone on December 18, 2003.

WHEREFORE, National Union requests that this Court allow this Assented-To Motion and enlarge the time to respond to the plaintiff's Raytheon Company's Motion for Preliminary Injunction until January 6, 2004.

|  | Assented-To: |
|---|---|
| The Defendant, | The Plaintiff, |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | RAYTHEON COMPANY, |
| By its Attorneys, | By its Attorneys, |
| /s/ James J. Duane, III | /s/ William T. Hogan, III |
| James J. Duane, III, Esq. | William T. Hogan, III |
| B.B.O. # 136500 | B.B.O. # 237710 |
| Eric M. Chodkowski, Esq. | Elizabeth D. Killeen |
| B.B.O. # 648629 | B.B.O. # 645178 |
| TAYLOR, DUANE, BARTON & GILMAN, LLP | HOGAN, ROACHE & MALONE |
| 111 Devonshire Street | 66 Long Wharf |
| Boston, MA 02109 | Boston, MA 02110 |
| (617) 654-8200 | (617) 367-0330 |

**CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE**

I, James J. Duane, III, hereby certify that, prior to filing the within motion, I conferred with counsel for the plaintiff, William T. Hogan, III, concerning said motion, who advised that he assents to said motion. I further certify that on this 18th day of December, 2003, I served a copy of the above motion by mailing same, postage prepaid to all counsel of record.

/s/ James J. Duane, III
James J. Duane, III