UNITED STATES DISTRICT COURT
CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

FILED
2003 DEC 30 A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RAYTHEON COMPANY, )<br>Plaintiff, )<br>)<br>)<br>v. )<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA )<br>Defendant. )<br>) | CIVL ACTION NO.<br>03CV12300RCL |

## ASSENTED-TO MOTION OF THE DEFENDANT, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, TO ENLARGE TIME TO RESPOND TO THE COMPLAINT OF THE PLAINTIFF, RAYTHEON COMPANY

The defendant, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), respectfully moves, **with the assent of the plaintiff**, to enlarge the time by which National Union must answer, object or otherwise respond to the plaintiff's Complaint from December 31, 2003 up to and including January 6, 2004. Counsel for the plaintiff assented to this motion by telephone on December 23, 2003.

WHEREFORE, National Union requests that this Court allow this Assented-To Motion and enlarge the time to respond to the plaintiff's Complaint until January 6, 2004.

| The Defendant, | The Plaintiff, |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | RAYTHEON COMPANY, |
| By its Attorneys, | By its Attorneys, |
| *[signature]* | *[signature]* William T. Hogan / EC |
| James J. Duane, III, Esq.<br>B.B.O. # 136500<br>Eric M. Chodkowski, Esq.<br>B.B.O. # 648629<br>TAYLOR, DUANE, BARTON & GILMAN, LLP<br>111 Devonshire Street<br>Boston, MA 02109<br>(617) 654-8200 | William T. Hogan, III<br>B.B.O. # 237710<br>Elizabeth D. Killeen<br>B.B.O. # 645178<br>HOGAN, ROACHE & MALONE<br>66 Long Wharf<br>Boston, MA 02110<br>(617) 367-0330 |

### CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE

I, Eric M. Chodkowski, hereby certify that, prior to filing the within motion, I conferred with counsel for the plaintiff concerning said motion, who advised that they assent to said motion. I further certify that on this 24th day of December, 2003, I served a copy of the above motion by mailing same, postage prepaid to all counsel of record.

*[signature]*
Eric M. Chodkowski