UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYTHEON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:03-CV-12300-RCL |

## JOINT MOTION TO STAY

The plaintiff, Raytheon Company, and the defendant, National Union Fire Insurance Company of Pittsburgh, PA, jointly file this motion to stay requesting that this court stay this action, including all pending motions, without prejudice to either party.

As grounds for the motion, the plaintiff and defendant assert that the parties are engaged in a related arbitration proceeding which is pending in New York, and the parties have agreed to stay this action pending the final award issued in that proceeding.

RAYTHEON COMPANY,

/s/ William T. Hogan III
William T. Hogan III (BBO No. 237710)
Elizabeth D. Killeen (BBO No. 645178)
Hogan Roache & Malone
66 Long Wharf
Boston, Massachusetts 02110
(617) 367-0330

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

/s/ Eric Chodkowski
James J. Duane III (BBO No. 136500)
Eric M. Chodkowski (BBO No. 648629)
Taylor Duane Barton & Gilman LLP
11 Devonshire Street
Boston, Massachusetts
(617) 654-8200

### CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, William T. Hogan III, hereby certify that, prior to filing the above motion; I conferred with counsel for the defendant concerning said motion. All counsel of record assented to said motion. I further certify that on this 16th day of January 2004, I served a copy of the above motion via first class U.S. mail postage prepaid to all counsel of record.

/s/ William T. Hogan III
William T. Hogan III